NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE A. BENAVIDES,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7066

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2775, Judge William A. Moorman.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

George A. Benavides moves to seal his case. The court will not seal a case that was not sealed before the Court of Appeals for Veterans Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

GEORGE BENAVIDES v. SHINSEKI                                    2

    The motion is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26